Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

vs.

Crim. No. 3:94CR00012-005

Eric Lamont Brown

On 1/5/01 the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Eric Lamont Brown be discharged from supervision.

Respectfully submitted,

*Valerie G. Debnam*
Valerie G. Debnam
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 9th day of February, 2005.

*Richard L. Voorhees*
Richard L. Voorhees
U.S. District Judge